Anthony ASHFORD, Plaintiff–Appellant,

v.

Harry LAUF and Phylis FICK, Defendants–Respondents.

No. 64646.

Missouri Court of Appeals, Eastern District, Division One.

April 12, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 16, 1994.

Anthony Ashford, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for defendants-respondents.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Plaintiff, Anthony Ashford, appeals from the grant of summary judgment in his action for damages against defendants, Harry Lauf and Phylis Fick.

We have reviewed the record. No error of law appears. An opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b). Defendants' motion for damages for a frivolous appeal is denied.